IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN J. DORSEY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-cv-00359 |
| | ) | |
| TREVOR FOLEY, et al., | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION TO DISMISS

Pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A)(ii), Plaintiff, Brian J. Dorsey, and Defendants, Trevor Foley, et al., having reached a settlement, hereby move this Honorable Court for the voluntary dismissal of the above-entitled action without prejudice against Defendants.

Respectfully submitted April 6, 2024.

*Counsel for the Plaintiff*

*/s/ Arin Melissa Brenner*
Arin Melissa Brenner #4990974 (NY)
Assistant Federal Public Defenders
Office of the Federal Public Defender
for Western District of Pennsylvania,
Capital Habeas Unit
1001 Liberty Avenue, Ste 1500
Pittsburgh PA 15222
(412) 644-6565
Email: Arin_Brenner@fd.org

*Counsel for the Defendants*

**ANDREW BAILEY**
Attorney General

*/s/ Andrew J. Crane*
Andrew J. Crane
Assistant Attorney General
Missouri Bar #68017

*/s/ Gregory M. Goodwin*
Gregory M. Goodwin
Assistant Attorney General
Missouri Bar #65929

*/s/ Andrew J. Clarke*
Andrew J. Clarke
Assistant Attorney General
Missouri Bar #71264

P.O. Box 899
Jefferson City, MO 65102
(573) 751-0264
andrew.crane@ago.mo.gov
gregory.goodwin@ago.mo.gov
andrew.clarke@ago.mo.gov
Attorneys for Defendants